# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00574-CV

**James Allen Brickley, Jr., Appellant**

**v.**

**Marie Laurence Gloria Joseph-Stephen, Appellee**

### FROM THE 426TH DISTRICT COURT OF BELL COUNTY
### NO. 22DFAM331978, THE HONORABLE STEVEN J. DUSKIE, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

The reporter's record in this appeal was originally due to be filed on September 26, 2022. To date, the reporter's record has not been filed.

The Texas Rules of Appellate Procedure prohibit this Court from granting extensions of over 10 days for the filing of reporters' records in accelerated appeals, including those from suits for termination of parental rights. *See* Tex. R. App. P. 35.3(c). Further, any extensions of time granted for the filing of the reporters' records may not exceed 30 days cumulatively. *See* Tex. R. App. P. 28.4(b)(2). Accordingly, Cheryl Dixon is hereby ordered to file the reporter's record in this case on or before December 14, 2022. If the record is not filed by that date, Dixon may be required to show cause why she should not be held in contempt of court.

It is ordered on December 12, 2022.


Before Justices Goodwin, Triana, and Kelly